CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |  |
|---|---|---|---|
|  | ) |  |  |
|  | ) |  |  |
| vs. | ) | Civil/Criminal No.: | 26-cr-64 (RBW) |
|  | ) |  |  |
| JOHN WINDOM | ) |  |  |
|  | ) |  |  |

## NOTE FROM JURY

① What prompted VA IG investigation of John Windom?

② Based on the 6/15/21 interview with John Windom what conclusion did the VA IG office make?

Date: 6/10/2026

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                )

JOHN WINDOM

Civil/Criminal No.: ___26-cr-64 (RBW)___

## NOTE FROM JURY

Is it normal to record a person
under investigation without
informing the person they are
being recorded ~~concerning~~ the
regardless of
location?

Why was the actual email not
obtained when the attachment
was obtained from 8-7-2019?

Date: __6/10/2026__

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) )<br>)<br>) Civil/Criminal No.: ___26-cr-64 (RBW)___<br>)<br>JOHN WINDOM ) ) |

## NOTE FROM JURY

- Can you describe the process of how the VA starts an internal investigation?

- Who was assigned to take over this investigation after your military departure?

- Since returning you have not been involved in the investigation of any process?

- Is it standard procedure to record initial interviews without the consent of the person being interviewed?

Date: 6/10/2026

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|                    |   |
|--------------------|---|
|                    | ) |
|                    | ) |
| vs.                | ) |
|                    | ) |
| JOHN WINDOM        | ) |
|                    | ) |

Civil/Criminal No.: ___26-cr-64 (RBW)___

## NOTE FROM JURY

- Did you ever ~~define~~ define the term "unsupported gifts" during your 1st interview with Mr. Windom?

- Did you obtain Mr. Windom's bank statements or other financial documents as part of the investigation?

Date: __6/10/2026__

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                    )          Civil/Criminal No.:  26-cr-64 (RBW)
)
JOHN WINDOM                             )
)

## NOTE FROM JURY

④ Does a situation like this one with John Windom typically proceed to criminal charges? Why do you think this situation moved to criminal charges?

⑤ Could this situation w/ John Windom have to handled or dealt with solely internally by your discipline policy/procedures?

Date: 6/10/2026

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN WINDOM | ) |
| | ) |

Civil/Criminal No.: ___26-cr-64 (RBW)___

## NOTE FROM JURY

② What specifically about this situation w/ John Windom justified the decision to pursue criminal charges and invest the Gov't resources necessary for this trial to happen today?

③ Is there a threshold that has to be met to move from internal discipline to criminal charges? What was the threshold for this case?

Date: __6/10/2026__

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|                          |   |
|--------------------------|---|
|                          | ) |
|                          | ) |
| vs.                      | ) |  Civil/Criminal No.: ___26-cr-64 (RBW)___
|                          | ) |
| JOHN WINDOM              | ) |
|                          | ) |

## NOTE FROM JURY

① Can you explain the guidelines / Rules / distinction between "agency disciplinary proceeding" and a "criminal inditement? Explain your agencies discipline policy / guidelines and what is handled internally by discipline procedures and what is refered for criminal charges? How is the decision made to take the addition step to make a criminal referral? ② Why was that decision made in this case? Why was this not simply addressed by internal process?

Date: __6/10/2026__

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|                        |   |
|------------------------|---|
|                        | ) |
|                        | ) |
| vs.                    | ) |
|                        | ) |
| JOHN WINDOM            | ) |
|                        | ) |

Civil/Criminal No.: ___26-cr-64 (RBW)___

## NOTE FROM JURY

· Casee Resigned from prosource on Sept 30 of 2018. Then why was she still in email threads with Cerner on June 17th of 2019?

↳ was her company ~~cerner~~ subcontracted by cerner?

·

· What is the focus of the investigation by the VA towards Windom?

Date: __6/10/2026__