CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

```
                              )
                              )
              vs.             )        Civil/Criminal No.: _____26-cr-64 (RBW)_____
                              )
JOHN WINDOM                   )
                              )
```

### NOTE FROM JURY

Can some unluck the monitor w/ the password
to view the electronic documents

Date: 6-16

Time: 12:01 pm