CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| vs. | ) | Civil/Criminal No.: ___26-cr-64 (RBW)___ |
|  | ) |  |
| JOHN WINDOM | ) |  |
|  | ) |  |

### NOTE FROM JURY

After careful and instensive discussion and consideration of the evidence we have reached impasse on all counts. We ~~are~~ don't believe that we will be able to reach an unanimous decision.

Date: June 17, 2026

Time: 3:17 pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| vs. | ) | Civil/Criminal No.: ___26-cr-64 (RBW)___ |
|  | ) | |
| JOHN WINDOM | ) | |
|  | ) | |

## NOTE FROM JURY

Are we allowed to change the foreperson since we have two new alternates to allow them the opportunity to select someone new.

Date: __6-17-26__

Time: __9:49am__

_____
FOREPERSON