CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

vs.

JOHN WINDOM

Civil/Criminal No.: 26-cr-64 (RBW)

**NOTE FROM JURY**

There are fundamental disagreements between the jurors preventing unanimous consensus concerning the following:

a) The credibility of witnesses

b) The strength of evidence / existence of reasonable doubt

We've deliberated for 12+ hours in good faith, approaching discussion from multiple strategies and come to the same points of contention and disagreement concerning how well the evidence shows knowing, willfulness, and intent concerning all counts, as well as all le gifts in question. Due to the nature of the disagreements we will not reach an unanimous consensus on any count.

Date: June 18 2026

Time: 4:07 pm