**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-00064-RBW** |
| | : | |
| **JOHN WINDOM,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' MOTION TO DISMISS INDICTMENT**
**PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) AND**
**VACATE STATUS HEARING**

Following the Court's declaration of a mistrial after the jury was unable to reach a unanimous verdict, the United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully moves for leave of Court to dismiss the Indictment. Further, the United States request the Court vacate the status hearing set for July 13, 2026.

Respectfully submitted,

By: /s/ *Emily A. Miller*
Emily A. Miller
Assistant United States Attorney
D.C. Bar No. 462077
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
202-252-6988
Emily.Miller2@usdoj.gov

DAVID B. DEITCH
D.C. Bar No. 426218
Assistant United States Attorney
U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20530
202-252-7796
david.deitch@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-00064-RBW** |
| | : | |
| **JOHN WINDOM,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER GRANTING**
**UNITED STATES' MOTION TO DISMISS INDICTMENT**
**PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)**
**AND VACATING STATUS HEARING**

Upon consideration of the United States' Motion to Dismiss the Indictment and Vacate Status Hearing, and for the reasons stated therein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Indictment is DISMISSED; and it is further

ORDERED that the status hearing set for July 13, 2026, is VACATED.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE